Harvey B. Gaines, appellant, v. Isaac Gitelson, appellee. Gen. No. 31,527.

Action for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed November 23, 1927.

Cochrane & George, for appellant. Ira Lasker and Benjamin S. Leiser, for appellee; Harry F. Brewer, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

Edward J. Rouille, by Charles Rouille, appellee, v. Riverview Park Company, appellant. Gen. No. 31,674.

Horace G. Gurley, by Jennie T. Gurley, appellee, v. Riverview Park Company, appellant. Gen. No. 31,675.

Action for assault. Judgment for plaintiffs. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Murphy O. Tate and Helmer, Moulton, Whitman & Holton, for appellants; Eugene P. Kealy, of counsel. James C. McShane, for appellees.

Mr. Justice Holdom delivered the opinion of the court.

---

John M. Smyth et al., trading as John M. Smyth Trust Estate, appellants, v. M. Hernreich, appellee. Gen. No. 31,690.

Action for rent. Appeal by plaintiffs from partial judgment in their favor. Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Reversed and remanded with directions. Opinion filed November 23, 1927.

McCulloch & McCulloch, for appellants; Hathorn W. McCulloch, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Martin Potokar, appellee, v. Niagara Athletic Club, appellant. Gen. No. 31,709.

Action to recover on oral contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 9, 1927.

John H. Buck and Rankin & Lustfield, for appellant; Ode L. Rankin, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.